# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) Criminal Case No. 02CR1714-L
                         )
         Plaintiff,      )
                         )   **ORDER**
      v.                 )
                         )
CARLOS RODRIGUEZ (6),    )
                         )
         Defendant.      )
_____)

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the arrest warrant as to Defendant Carlos Rodriguez (6).

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.


Dated:  September 28, 2023

Hon. M. James Lorenz
United States District Judge