## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CARLOS RODRIGUEZ (6),<br><br>　　　　　　　　　　　　Defendant. | Case No. 02cr1714-L<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:846, 841(a)(1); 21:853 - Conspiracy to Distribute Controlled Substances (Marijuana and Cocaine); Criminal Forfeiture (1); 21:846, 841(a)(1) and 841(b)(1)(B)(ii) - Conspiracy to Possess with Intent to Distribute Cocaine (1s); 21:841(a)(1) and 841(b)(1)(B)(ii) - Possession with Intent to Distribute Cocaine and Cocaine Base (2s)

Dated:　9/29/2023

Hon. M. James Lorenz
United States District Judge